# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00396-CR

**Jerry Graham, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
NO. 2004-247, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING**

## C O N C U R R I N G   O P I N I O N

I concur in the judgment only.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed:   September 8, 2006

Do not publish